UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HUMAN RIGHTS DEFENSE CENTER, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

C18-1141 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deadline for the parties to submit a Joint Status Report is EXTENDED from January 22, 2019, to March 1, 2019.

(2) Defendants' motion for stay, docket no. 14, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1