The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The Human Rights Defense Center and Michelle
Dillon,

      Plaintiffs,

  v.

U.S. Department of Homeland Security, and
United States Immigration and Customs
Enforcement,

      Defendants.

No. 2:18-cv-01141 TSZ

NOTICE OF WITHDRAWAL OF
COUNSEL FOR PLAINTIFFS

   Pursuant to Local Rule LCR 83.2(b)(3), please take notice that Deborah M. Golden

withdraws her appearance as counsel for Plaintiffs Human Rights Defense Center and Michelle

Dillon.  Eric M. Stahl of Davis Wright Tremaine LLP will continue to represent both Plaintiffs.

Date: September 3, 2019.

Respectfully submitted,

Human Rights Defense Center

By */s/Deborah M. Golden*    
Deborah M. Golden
Human Rights Defense Center
316 F Street, NE #107
Washington, DC 20002
(202) 630-0332 (cell)
D.C. Bar No. 470-578
Email:  dgolden@humanrightsdefensecenter.org

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP

By */s/Eric M. Stahl*_____
Eric M. Stahl, WSBA #27619
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: ericstahl@dwt.com

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 3rd day of September, 2019

*/s/Eric M. Stahl*
Eric M. Stahl, WSBA #27619

NOTICE OF WITHDRAWAL  - 3
4840-0491-5619v.1 0201374-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax