# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

THE HUMAN RIGHTS DEFENSE CENTER, et al.,

   Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.

   Defendants.

C18-1141 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 20, to continue the trial date and related deadlines is GRANTED. The trial date and related deadlines are CONTINUED as follows:

| | |
|---|---|
| **BENCH TRIAL DATE (1 day)** | **June 1, 2020** |
| All dispositive motions must be filed by<br>   and noted on the motion calendar<br>   no later than the fourth Friday thereafter<br>   (see LCR 7(d)) | February 20, 2020 |
| All motions in limine must be filed by<br>   and noted on the motion calendar no later<br>   than the Friday before the Pretrial Conference<br>   (see LCR 7(d)(4)) | April 30, 2020 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Trial Briefs and Agreed Pretrial Order due | | May 11, 2020 |
| Proposed Findings of Fact and Conclusions of Law due | | May 15, 2020 |
| Pretrial Conference to be held at **1:30 p.m.** on | | May 22, 2020 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2