UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER, et al., | |
| Plaintiffs, | |
| v. | C18-1141 TSZ |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' second stipulated motion, docket no. 25, to continue the trial date and related deadlines is GRANTED. The trial date and related deadlines are CONTINUED as follows:

| | |
|---|---|
| **BENCH TRIAL DATE (1 day)** | **April 26, 2021** |
| Plaintiffs' dispositive motion shall be filed by | December 18, 2020 |
| Defendants' consolidated cross-motion and response to plaintiffs' motion shall be filed by | January 15, 2021 |
| Plaintiffs' consolidated response and reply due | February 12, 2021 |
| Defendants' reply due | February 26, 2021 |
| Plaintiffs' motion and defendants' cross-motion shall both be noted for | February 26, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Trial Briefs and Agreed Pretrial Order due | April 12, 2021 |
| Proposed Findings of Fact and Conclusions of Law due | April 12, 2021 |
| Pretrial Conference to be held at **1:30 p.m.** on | April 16, 2021 |

(2) Plaintiffs' dispositive motion shall not exceed twenty-four (24) pages in length. Defendants' consolidated cross-motion and response shall not exceed thirty-six (36) pages in length. Plaintiffs' consolidated response and reply shall not exceed eighteen (18) pages in length. Defendants' reply shall not exceed six (6) pages in length.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of February, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2