UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>US DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                    Defendants. | C18-1141 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Stipulation and Joint Motion Regarding Case Status and Schedule, docket no. 27, is GRANTED. The trial date set for April 26, 2021, and all related deadlines, *see* docket no. 26, are hereby STRICKEN. Any dispositive motions shall be filed on or before Thursday, February 18, 2021, and shall be noted on the motions calendar no later than the fourth Friday thereafter. *See* LCR 7(d).

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of December, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1