1 | The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The Human Rights Defense Center and Michelle Dillon,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, and United States Immigration and Customs Enforcement,<br><br>Defendants. | No. 2:18-cv-01141 TSZ<br><br>STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO STAY PENDING APPEAL |

The parties, by and through their undersigned counsel, hereby stipulate as follows:

1. On April 6, 2021 this Court entered an Order (Dkt. No. 36, "Order"), partially granting and partially denying Plaintiffs' motion for summary judgment (Dkt. No. 29). The Order required, among other things, that Defendants produce an unredacted version of a settlement agreement (Dkt. No. 34-8, "Settlement"), within 14 days of the Order, *i.e.* by April 20, 2021.

2. On April 8, 2021, Defendants filed a Motion for Stay Pending Appeal (Dkt. No. 37, "Motion"), asking the Court to stay the Order until either the 60-day period for filing an appeal has passed (*i.e.*, June 7, 2021) or until an appeal is decided. Plaintiffs object to a stay of this length.

STIPULATION AND ORDER REGARDING CASE SCHEDULE - 1
4817-9371-9781v.1 0201374-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. After the Motion was filed, counsel for the parties conferred and agreed to a modified stay. The parties agree and stipulate that the Court's Order requiring release of the Settlement may be stayed until May 20, 2021. The parties further agree and stipulate that upon entry of an order reflecting this stipulation, Defendants' Motion would be moot.

4. The parties further agree that this agreement and stipulation is without waiver of any party's claims, defenses or positions, all of which are reserved.

5. For the foregoing reasons and for good cause shown, the parties jointly request that the Court enter the attached stipulated Order.

SO STIPULATED AND AGREED this 14th day of April, 2021.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for Plaintiffs | Brian T. Moran<br>United States Attorney |
| By */s/Eric M. Stahl*<br>Eric M. Stahl, WSBA #27619<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: 206-622-3150<br>Fax: 206-757-7700<br>E-mail: ericstahl@dwt.com | By */s/Michelle R. Lambert*<br>Michelle R. Lambert, NYS #466657<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>Telephone: 206-553-7970<br>Fax: 206-553-4067<br>Email: michelle.lambert@usdoj.gov |

STIPULATION AND ORDER REGARDING CASE SCHEDULE - 2
4817-9371-9781v.1 0201374-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

Based on the parties' stipulation and for good cause shown, the Court hereby **STAYS,** until May 20, 2021, the portion of its Order dated April 6, 2021 (Dkt. No. 36) that requires Defendants to release an unredacted version of the "Settlement" referenced in the Order (Dkt. No. 34-8).

The Court further **DENIES AS MOOT** Defendants' Motion for Stay Pending Appeal (Dkt. No. 37).

So ORDERED this day of April, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER REGARDING CASE SCHEDULE - 3
4817-9371-9781v.1 0201374-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax