District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,

　　　　　　　Plaintiffs,

　　v.

U.S. DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

　　　　　　　Defendants.

CASE NO. C18-1141-TSZ

STIPULATED ORDER FOR DISMISSAL

　　The parties have settled Plaintiffs' claims for attorneys' fees and costs. Now, that all claims concerning the FOIA request specifically referenced in Plaintiffs' complaint have been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action.

//

//

//

STIPULATED ORDER FOR DISMISSAL - 1
(CASE NO. C18-1141-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 26th day of May, 2021. |

DAVIS WRIGHT TREMAINE LLP

*/s/ Eric M. Stahl*
Eric M. Stahl, WSBA#27619
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104
Phone: (206) 622-3150
Email: ericstahl@dwt.com
*Attorneys for Plaintiffs*

TESSA M. GORMAN
Acting United States Attorney

*/s/ Michelle R. Lambert*
Michelle R. Lambert, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

STIPULATED ORDER FOR DISMISSAL - 2
(CASE NO. C18-1141-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.

SO ORDERED.

Dated this 28th day of May

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATED ORDER FOR DISMISSAL - 3
(CASE NO. C18-1141-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970